ADAMS, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| AUSTIN AITKEN, | ) | CASE NO. 1:06CV2747 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | ORDER |
| TRANS UNION CREDIT | ) | [RESOLVING DOC. 3] |
| REPORTING SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

The within matter came on for hearing upon plaintiff's Motion for Order to Compel Defendant to Correct Credit Files (Doc. 3).

After notice to the parties, the Court held a hearing on the motion. The Court has reviewed the Amended Complaint (Doc. 4),[1] statement in support, and memorandum in opposition (Doc. 21); and has considered the oral arguments of plaintiff Austin Aitken and counsel for defendant.

For the reasons stated at the hearing, plaintiff's Motion for Order to Compel Defendant to Correct Credit Files (Doc. 3) is DENIED. *See Presley v. Equifax Credit Informational Services, Inc.*, No. Civ.A. 05-114-WOB, 2006 WL 2457978 (E.D.Ky. Aug. 21, 2006).

IT IS SO ORDERED.

| | |
|---|---|
| April 20, 2007 | */s/ John R. Adams* |
| Date | John R. Adams |
| | U.S. District Judge |

---

[1] On April 4, 2007, plaintiff's Motion to Amend Complaint (Doc. 9) was granted by marginal entry order (Doc. 16).